422 A.2d 686

Commonwealth v. Hickey, Appellant.

Argued June 6, 1979. Greg Emmons, Assistant Public Defender, for appellant; John Kevlock, Assistant District Attorney, for Commonwealth, appellee.

Before PRICE, DOWLING, and GATES, JJ.*

Order affirmed.